An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARK G. SIMONS; AND ROBISON
BELAUSTEGUI SHARP & LOW,
Petitioners,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA, IN
AND FOR THE COUNTY OF WASHOE;
AND THE HONORABLE ELLIOTT A.
SATTLER, DISTRICT JUDGE,
Respondents,
and
HARRY J. PAPPAS,
Real Party in Interest.

No. 68914

FILED

OCT 15 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying petitioners' motion to adjudicate their attorney lien in a contract action. Having considered the petition and supporting documents, we conclude that petitioners have failed to demonstrate that the district court arbitrarily or capriciously abused its discretion. *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *see Leventhal v. Black & LoBello*, 129 Nev., Adv. Op. 50, 305 P.3d 907, 910 (2013) (indicating that a charging lien cannot be adjudicated prior to the client's recovery of some tangible benefit to which the lien can attach). Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

15-31447

cc:   Hon. Elliott A. Sattler, District Judge
       Robison Belaustegui Sharp & Low
       Harry J. Pappas
       Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A